# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 1, 2012

No. 12-50781
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JOSE TREVINO MORALES,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:12-CR-210-3

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Jose Trevino Morales (Trevino) is charged with conspiring to launder money, in violation of 18 U.S.C. § 1956(h). Trevino appeals from an order of the district court denying his motion to revoke the magistrate judge's pretrial detention order.

The district court's decision rests upon its conclusion that Trevino has failed to establish that any condition or combination of conditions will reasonably assure Trevino's presence at future proceedings if Trevino is

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

released. 18 U.S.C. § 3142. Absent an error of law, this court will uphold a district court's pretrial detention order if it is supported by the proceedings below. *United States v. Rueben*, 974 F.2d 580, 585 (5th Cir. 1992). The same standard of review applies to the denial of a motion to reconsider a detention order. *United States v. Hare*, 873 F.2d 796, 798 (5th Cir. 1989).

Analysis of the factors set forth in § 3142(g) indicates that the district court's conclusions are supported by the proceedings below. *See Rueben*, 974 F.2d at 586. The pretrial detention order is AFFIRMED.